

# The Attorney General of Texas

March 10, 1982

MARK WHITE
Attorney General

Supreme Court Building
P. O. Box 12548
Austin, TX. 78711- 2548
512/475-2501
Telex 910/874-1367
Telecopier 512/475-0266

1607 Main St., Suite 1400
Dallas, TX. 75201-4709
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905-2793
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002-6986
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401-3479
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501-1685
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205-2797
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Ron Wilson, Chairman
Health Services Committee
House of Representatives
State Capitol Building
Austin, Texas   78711

Opinion No. MW-453

Re:   Construction of appro-
priations act provision for
funds to the Department of
Corrections for new prison
unit

Dear Representative Wilson:

You have requested our opinion regarding whether funds from Item 8(a), "Proposed New Unit," in House Bill No. 656, of the General Appropriations Act, Acts 1981, Sixty-seventh Legislature, chapter 875, article I, at 3387, may be used to construct the South Grimes Unit and the North Grimes Unit.

House Bill No. 656 reads in pertinent part as follows:

> 8.   Building Program (Construction and Renovation Projects as enumerated herein below).
>
> Informational listing of projects to be funded from Item 8 (Construction and Renovation)
>
> |  | 1982 | 1983 |
> |---|---|---|
> | a. Proposed New Unit | 22,266,000 | 25,341,000 & U.B. |
>
> From the funds appropriated in Item 8, Building Program, 86,780,000 in 1982 and 48,016,000 in 1983 are intended for items a through j in the information listing that follows. These funds are to be expended for the development of new cell/bed spaces. The Board of Corrections may deviate from the exact sums for each project as may be necessary to fund any project indicated in items a through j in order to provide the desired new cell/bed spaces. It is the intent of

the Legislature that the board expend these funds in a manner consistent with the long-range construction needs of the Department.

It seems clear that as long as the construction of The South Grimes Unit and The North Grimes Unit is "consistent with the long-range construction needs of the Texas Department of Corrections," the funds appropriated under Item 8(a), "Proposed New Unit" may be expended for that construction. It is without question that these two units constitute "new bed/cell space" within the meaning of the Appropriations Act. We see nothing in the General Appropriations Act that requires the prison unit to be housed in a single building.

## S U M M A R Y

The funds for "Proposed New Unit" in House Bill No. 656 may be used to construct the South Grimes Unit and the North Grimes Unit.

Very truly yours,

M A R K   W H I T E
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by J. D. Hooper
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Susan L. Garrison, Chairman
Jon Bible
Rick Gilpin
Patricia Hinojosa
J. D. Hooper
Jim Moellinger
Bruce Youngblood